UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
May 5, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                      )<br>           Plaintiff,                )<br>v.                                    )<br>                                      )<br>TOBY LAMAR VANN,                      )<br>                                      )<br>           Defendant.                ) | Case No. 2:08MJ00147 DAD-05<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   TOBY LAMAR VANN  , Case No. 2:08MJ00147 DAD-05  , Charge  21 USC § 846, 841(a)(1)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ 40,000.00

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)     Pretrial conditions as stated on the record.

Issued at   Sacramento, CA   on   May 5, 2008   at   3:46 pm  .

                                        By   /s/ Gregory G. Hollows
                                              Gregory G. Hollows
                                              United States Magistrate Judge

Copy 5 - Court