**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
TOBY LAMAR VANN

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:2:08CR00212-19 |
| Plaintiff, | **ORDER TO RECONVEY PROPERTY** |
| vs. | DATE: January 23, 2009 |
| TOBY LAMAR VANN | |
| Defendant. | Hon. Lawrence K. Karlton |

    Defendant, by and through his undersigned counsel, Johnny L. Griffin III, hereby moves the Court for an order authorizing the Clerk of the United States District Court for the Eastern District of California to reconvey the property posted to secure Defendant's pre-trial release, back to Paulene Duhon. As of January 13, 2009 Defendant was sentenced and all charges against Defendant have been terminated.  Accordingly, the property should be transferred back to Paulene Duhon.

//

//

Ms. Duhon's current address is as follows: 2832 Belgrade Way, Sacramento, CA 95865. The property information is as follows:  (1) Address: 2832 Belgrade Way, Sacramento, CA 95865 and (2) 7513 Brownwood Way, Sacramento, CA 95822.

Respectfully submitted,

Dated: January 23, 2009      /s/ Johnny L. Griffin, III
                             JOHNNY L. GRIFFIN, III
                             Attorney for Defendant
                             Toby Lamar Vann

**IT IS SO ORDERED.**

Dated: January 27, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT